# THE LAW OFFICES OF SEAN M. MAHER, PLLC

March 16, 2021

**VIA ECF**

Honorable Philip M. Halpern
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

> Application granted. The Clerk is directed to terminate ECF No. 155.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern, U.S.D.J.
>
> Dated: White Plains, NY
>       March 17, 2021

    **RE:** *United States v. Reid et al. (Donavan Gillard)*,
          **20 Cr. 626 (PMH)**

Dear Judge Halpern:

    I respectfully write to request permission to withdraw as counsel for Mr. Donavan Gillard.

    On February 10, 2021 I was appointed as CJA counsel for Mr. Gillard. Today private counsel Mr. Derrick Magwood, Esq. filed a Notice of Attorney Appearance on behalf of Mr. Gillard. Doc. No. 154. I have spoken with Mr. Magwood and can confirm that Mr. Magwood has been retained to represent Mr. Gillard in this matter.

    Accordingly, I request permission to withdraw as counsel for Mr. Gillard.

                                                            Respectfully submitted,

                                                            _____/S/_____
                                                            Sean M. Maher

cc:     All counsel via ECF

2796 SEDGWICK AVENUE, SUITE C1, BRONX, NEW YORK 10468
(212) 661-5333 • (347) 548-9959 FAX
WWW.SEANMAHERLAW.COM