UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :   **ORDER**
v.                                :
                                  :   20 CR 626 (PMH)
DONAVAN GILLARD,                  :
                                  :
            Defendant.     :
-------------------------------------------------------x

On defendant's motion for appointment of counsel, it is hereby ORDERED that Richard Palma, Esq., is appointed as defendant Gillard's attorney pursuant to the Criminal Justice Act for purposes of defendant's motion to modify his term of imprisonment. (*See* Doc. 464).

Defense counsel shall provide a copy of this Order to defendant Gillard.

Dated: White Plains, New York
       September 12, 2022

SO ORDERED:

_____
Philip M. Halpern
United States District Judge