UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA         :
                                 :    **ORDER**
v.                               :
                                 :    20 CR 626 (PMH)
DONAVAN GILLARD,                 :
                                 :
            Defendant.           :
-------------------------------------------------------x

On September 12, 2022, the Court appointed Richard Palma, Esq., as defendant Gillard's attorney pursuant to the Criminal Justice Act for purposes of defendant's motion to modify his term of imprisonment. No further briefing on defendant Gillard's motion has been received by the Court to date.

Accordingly, should defense counsel be so advised, he may file supplementing briefing on defendant Gillard's motion on or before December 2, 2022. The Government's opposition shall be filed by December 30, 2022. Reply, if any, shall be filed by January 13, 2023. Defense counsel shall advise the Court by December 2, 2022 if Defendant elects not to pursue this motion.

Dated: White Plains, New York
       November 4, 2022

SO ORDERED:

_____
Philip M. Halpern
United States District Judge