UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

v.

DWIGHT REID, et al.,

                              Defendants.
-----------------------------------------------------------X

ORDER

20-cr-626-PMH

The Court has scheduled oral argument on the pending pretrial motions (Doc. 386; Doc. 389; Doc. 395) for February 7, 2023 at 3:30 p.m. to be held in Courtroom 520.

Dated: White Plains, New York
         December 7, 2022

_____
Philip M. Halpern
United States District Judge