```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA            :

            -v-                     :     [Proposed] ORDER

DWIGHT REID, et al.,                :     S6 20 Cr. 626 (PMH)

            Defendants.             :

- - - - - - - - - - - - - - - - - - -X
```

Upon the application of the Government, by and through AUSAs Shiva H. Logarajah, David R. Felton, and Courtney Heavey, by and through their counsel, it is hereby ORDERED that time until February 7, 2023 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice, so that the parties may continue to review discovery, prepare for a multi-week trial, contemplate and file any additional motions, and discuss possible pre-trial dispositions.

Dated:  White Plains, New York
        January 13, 2023

_____
HON. PHILIP M. HALPERN
UNITED STATES DISTRICT JUDGE