# RICHARD PALMA
ATTORNEY AT LAW
225 BROADWAY - SUITE 715
NEW YORK, NEW YORK 10007

**MEMBER OF THE BAR**
**NEW YORK**

> Application granted. The requested subpoenae have been transmitted to counsel. The Clerk of Court is respectfully requested to terminate the pending motions (Doc. 549, Doc. 568).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> February 6, 2023

February 1, 2023

The Honorable Philip M. Halpern, U.S.D.J.
Southern District of New York
300 Quarropas St., Courtroom 520
White Plains, NY 10601- 4150

    Re: **United States v. Donavan Gillard**, Dk No. 7:20-cr-00626 (PMH)
        FRCP Rule 17(c) Subpoena.

Dear Judge Halpern:

    The Government having declined to opine on Mr. Gillard's motion pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure seeking authorization to subpoena both the New York City Probation Department and the New York Police Department for any records prepared and maintained in connection with all prior proceedings pursuant to Articles 3 and/or 7 of the New York Family Court Act in which Mr. Gillard was a Respondent, I write now to submit the attached proposed subpoenas for the Court's review. Having had discussions with the legal departments of both city agencies, I can inform the Court that should there be any grounds to dispute the production of the requested records representatives of the agencies have pledged to appear before Your Honor to state their objections.

                        Respectfully submitted,
                        s/Richard Palma
                        Richard Palma

Attachment: Proposed Subpoenas I & II.