**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

February 21, 2023

**BY ECF**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:   *United States v. Dwight Reid et. al*, S6 20 Cr. 626 (PMH)

Dear Judge Halpern:

    The Government, after consulting with counsel for defendants Dwight Reid and Christopher Erskine, writes with respect to a potential trial in this matter.[1] The Court, at a status conference today, set the matter down for trial to begin on October 10, 2023. For reasons disclosed to defense counsel, that date is unfortunately unworkable for a trial. Counsel for defendants Dwight Reid and Christopher Erskine consent to moving the start date of the trial to any time between August 28, 2023 and September 18, 2023, or any time after October 30, 2023, except for the two weeks beginning on January 29, 2024.

    Counsel for Reid and Erskine also do not oppose the exclusion of time under the Speedy Trial Act beyond October 10, 2023 should the Court move the start date of the trial to after October 10. Such an exclusion [...] record, today. *See* Minu[...]

> Application granted. Due to the Court's trial calendar, the first available date to commence trial in this matter, accommodating the parties' request, is October 30, 2023. Accordingly, trial is adjourned from October 10, 2023 to October 30, 2023. The Court will separately docket an Amended Pretrial Scheduling Order.
>
> It is further ORDERED that time until October 30, 2023 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interests of justice, so that the parties may continue to discuss pretrial resolution, file motions in limine and pretrial submissions, and for the effective preparation of subsequent matters herein.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        February 22, 2023

---

[1] Defendant Robert Woods is currently engaged in discussions surrounding a pretrial resolution.

Case 7-20-cr-00626-PMH  Document 589  Filed 02/22/23  Page 2 of 2
Case 7:20-cr-00626-PMH  Document 588  Filed in NYSD on 02/21/2023  Page 2 of 2

Page 2

The parties are grateful for the Court's consideration and for the flexibility in its calendar.

                    Respectfully submitted,

                    DAMIAN WILLIAMS
                    United States Attorney for the
                    Southern District of New York

By:    /s/_____
        Shiva H. Logarajah
        David R. Felton
        Courtney Heavey
        Assistant United States Attorneys
        Tel:  212-637-2272 / -2299 / -2413

cc:     All Counsel (via ECF)