# RICHARD PALMA
ATTORNEY AT LAW
225 BROADWAY - SUITE 715
NEW YORK, NEW YORK 10007

MEMBER OF THE BAR
NEW YORK

> Application granted.
>
> SO ORDERED.
>
> February
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        February 24, 2023

The Honorable Philip M. Halpern, U.S.D.J.
Southern District of New York
300 Quarropas St., Courtroom 520
White Plains, NY 10601- 4150

      **Re: <u>United States v. Donavan Gillard</u>, Dk No. 7:20-cr-00626 (PMH)
Second Defense Request for Extension of Time to File Motion Due
March 2, 2023 to April 17, 2023.**

Dear Judge Halpern:

      In that the Court has extended the time for the NYC Department of Probation to contest our subpoena for Mr. Gillard's juvenile records and based on my communication today with the NYPD that a response to our subpoena was mailed to the Court yesterday, we are respectfully seeing an extension to the Court's current, March 2, 2023 deadline.  I therefore write yet again to seek a 45-day extension of time, until April 17, 2023, to file Mr. Gillard's 2255 motion.

                    Respectfully submitted,
                    s/Richard Palma
                    Richard Palma