UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

v.

DONOVAN GILLARD

        Defendant.
------------------------------------------------------------X

NOTICE OF MOTION

Case No. 20 CR 626 (PMH)

        Pursuant to Federal Rule of Criminal Procedure 17 ( c ), the New York City Department of Probation hereby moves this Court for an Order modifying the Subpoena issued by this Court on February 3, 2023 on the grounds that compliance would be unreasonable. In support of this motion I submit the attached memorandum of law.

Dated: March 1, 2023

        Respectfully Submitted,

        _____s/_____
        Shauna Weinberg
        Executive Agency Counsel
        New York City Department of Probation
        33 Beaver Street, 21st Floor
        New York, NY 10004
        probation.nyc.gov

---

Motion granted. The document request set forth in the subject subpoena is overbroad. The document request does not meet the specificity requirement in that it is too generalized, fails to adequately specify the documents sought, and contains no restriction on the time period. Defendant, in opposition to the motion to quash, questions the burden of proof applicable to the subpoena he sought and does not address the breadth of the request set forth therein. Accordingly, the motion to quash is granted. The Clerk of Court is respectfully requested to terminate the pending motion (Doc. 599; Doc. 601).

SO ORDERED.

_/s/ Philip M. Halpern_
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
       March 6, 2023