**RICHARD PALMA**
ATTORNEY AT LAW
**225 BROADWAY - SUITE 715**
**NEW YORK, NEW YORK 10007**

**MEMBER OF THE BAR**
**NEW YORK**

> The Court is not in receipt of the material to which counsel refers. Defense counsel may make any arrangements it deems necessary and appropriate with the subpoenaed entity for production of the subpoenaed materials directly to defense counsel.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         March 20, 2023

The Honorable Philip M. Halpern, U.S.D.J.
Southern District of New York
300 Quarropas St., Courtroom 520
White Plains, NY 10601- 4150

      Re: **United States v. Donavan Gillard**, Dk No. 7:20-cr-00626 (PMH)
          Gillard's request on status of NYPD subpoenaed material and its availability to the Defense.

Dear Judge Halpern:

     I write regarding the NYPD's compliance with the Court's February 3, 2023 subpoena which was served on February 8, 2023. See, Attached subpoena & NYPD acknowledgment email. According to the NYPD legal bureau's Mr. Darius Dawkins, the material requested was mailed to Chambers on Thursday, February 23, 2023. Access to the NYPD file could obviate the need to further litigate our previous subpoena request for NYC Department of Probation's file. If NYPD has complied with the subpoena, I respectfully request Your Honor to authorize Chambers to provide this material to Mr. Gillard's defense team.

                           Respectfully submitted,
                           s/Richard Palma
                           Richard Palma

Attachments.