**RICHARD PALMA**
ATTORNEY AT LAW
225 BROADWAY- SUITE 715
NEW YORK, NEW YORK 10007

| | |
|---|---|
| **MEMBER OF THE BAR** | TEL. (212) 686-8111 |
| NEW YORK | FAX. (212) 202-7800 |
| | E-MAIL - rpalma77@gmail.com |

May 15, 2023

The Honorable Philip M. Halpern, U.S.D.J.
Southern District of New York
300 Quarropas St., Courtroom 520
White Plains, NY 10601- 4150

   Re: **United States v. Donavan Gillard**, Dk No. 7:20-cr-00626 (PMH)
     **Fourth** Defense Request for Extension of Time to File Motion Due
     May 17, 2023 to June 17, 2021.

Dear Judge Halpern:

  Having earlier filed a second motion seeking authorization to subpoena those of Mr. Gillard's records as remain in the custody of the New York City Department of Probation and explaining the reasons therefor, I write, in anticipation that it will result in further delay, to seek a fourth, extension of the Court's May 17, 2023 deadline, to June 30, 2023.

          Respectfully submitted,
          s/Richard Palma
          Richard Palma

---

Application granted.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
     May 15, 2023