**RICHARD PALMA**
ATTORNEY AT LAW
225 BROADWAY- SUITE 715
NEW YORK, N.Y. 10007

MEMBER OF THE BAR
NEW YORK

> Application granted. The Government's opposition to Defendant's motion (Doc. 682) shall be filed by September 29, 2023. Defendant's reply, if any, shall be filed by October 30, 2023.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> September 18, 2023

September 15, 2023

ECF

The Honorable Philip M. Halpern, U.S.D.J.
Southern District of New York
300 Quarropas St., Courtroom 520
White Plains, NY 10601- 4150

    Re: <u>**United States v. Donavan Gillard**</u>**, Dk No. 7:20-cr-00626 (PMH)**
        **Defense Requests Order that Government Respond to Gillard's 2255 Petition (Doc. # 682) filed on July 28, 2023.**

Dear Judge Halpern:

    As of today, the Government has yet to file a response to the above-referenced 2255 petition which was timely filed on July 28, 2023, nor have they communicated with me regarding this matter. Accordingly, we respectfully seek an order from the Court ordering the Government to respond.

    Thank you.

                                  Respectfully submitted,
                                  s/Richard Palma
                                  Richard Palma