UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                                                  :    **ORDER**
v.                                                              :
                                                                  :    20 CR 626 (PMH)
DONAVAN GILLARD,                          :
                                                                  :
           Defendant.               :
-------------------------------------------------------x

      On January 25, 2024, a Supplemental Presentence Investigation Report ("SPSR") was filed in this matter. (Doc. 797). Defendant briefly raised the issue in his reply papers concerning points under USSG § 4A1.1(d) (*see* Doc. 739 at 4) and the Court is construing that reference as a motion made pursuant to 18 U.S.C. § 3582(c)(2). The parties are directed to, on or before May 8, 2024, file submissions concerning Defendant's eligibility for a sentence reduction in light of the foregoing.

Dated: White Plains, New York
         April 24, 2024

SO ORDERED:

_____
Philip M. Halpern
United States District Judge