UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA        :
                                :  **ORDER**
v.                              :
                                :  20 CR 626 (PMH)
DONAVAN GILLARD,                :
                                :
                    Defendant.  :
-------------------------------------------------------x

On October 1, 2024, the Court entered an Opinion and Order denying Defendant's motion under 28 U.S.C. § 2255 to vacate his sentence and for a hearing, and granting his motion for a sentence reduction based on Amendment 821 to the Sentencing Guidelines. (Doc. 953).

Because Defendant did not make a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

Dated: White Plains, New York
       October 30, 2024

SO ORDERED:

_____
Philip M. Halpern
United States District Judge